In Re: Newhouse v. Cannon Jr.
Case No. 24–40553–elm7 –7
Adv. No. 24–04057–elm

# SUMMONS SERVICE EXECUTED

I, Kenneth A. Hill

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 22nd day of July, 2024 I served a copy of the within summons, together with the complaint filed in this proceeding, on

   Jacob Cannon, Jr.

the defendant in this proceeding, by *{describe here the mode of service}*
   First class mail, postage prepaid, & certified mail return receipt requested.

the said defendant at
   Jacob Cannon, Jr.
   925 W. Bear Creek Rd.
   Glenn Heights, TX 75154

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 7/22/2024          /s/ Kenneth A. Hill
          *(Date)*                *(Signature)*

** QSLWM, P.C. 2001 Bryan Street, Suite 1800, Dallas, TX 75201
   *State mailing address*